IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| VALERIA JOYCE BELL, | § | |
|---|---|---|
| | § | |
| | § | Civil Action No. 4:13-CV-75-RAS-KPJ |
| v. | § | |
| | § | |
| COMMISSIONER, SSA, | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 8, 2017, the report of the Magistrate Judge (Dkt. #26) was entered containing proposed findings of fact and recommendations that Plaintiff's Motion for Attorney Fees (Dkt. #24) be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Plaintiff's motion (Dkt. # 24) is **GRANTED**. Plaintiff should be awarded attorney fees in the amount of $12,200.00. This award shall be made payable to Plaintiff via her attorney of record, and upon receipt of this sum, attorney for Plaintiff is directed to remit the Equal Access to Justice Act fees of $4,454.40 to Plaintiff.

**SIGNED this the 24th day of October, 2017.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE